

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2020

No. 04-19-00468-CR

John Anthony **VEGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5622
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

Appellant's brief was originally due December 20, 2019; however, the court granted an extension of time to file the brief until January 21, 2020. Appellant has filed a motion requesting an additional thirty day extension of time.

We grant the motion and order appellant's attorney, Patrick Ballantyne, to file the appellant's brief by February 20, 2020 (62 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court